

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: _____     │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 31, 2008

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Ramon Vargas**, 08 Cr. 218 (KMK)

Dear Judge Karas:

    As discussed with Your Honor's Deputy, the conference scheduled before Your Honor on April 1, 2008 was adjourned to April 10, 2008 at 2:30 p.m. The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 1, 2008 and April 10, 2008 in the interests of justice. The Government makes this request with the consent of counsel for the defendant.

                    Respectfully Submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By: *[signature]*
                    Anna M. Skotko
                    Assistant United States Attorney
                    (914) 993-1939

cc:    Peter Tilem, Esq. (By Fax)

*[Handwritten endorsement:]* Granted. Time is excluded until April 10, 2008, in the interests of justice

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
4/1/08