UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -v.-                       :   ORDER OF FORFEITURE
                                    :
RAMON VARGAS,                       :   08 Cr. 218 (KMK)
    a/k/a "Luis Alvarado,"          :
    a/k/a "Carlos Vargas,"          :
    a/k/a "Jesus Hernandez,"        :
    a/k/a "Luis Bacenet,"           :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x

    WHEREAS, on or about March 13, 2008, RAMON VARGAS, a/k/a "Luis Alvarado," a/k/a "Carlos Vargas," a/k/a "Jesus Hernandez," a/k/a "Luis Bacenet," (the "defendant") was charged in a three-count Indictment, 08 Cr. 218 (KMK) (the "Indictment"), with unlawfully, willfully, knowingly and with intent to defraud, trafficking in and using one or more unauthorized access devices, in violation of 18 U.S.C. §§ 1029(a)(2) and 2 (Count One), with unlawfully, willfully, knowingly and with intent to defraud, possessing more than fifteen counterfeit and unauthorized access devices, in violation of 18 U.S.C. §§ 1029(a)(3) and 2 (Count Two), with unlawfully, willfully, knowingly and with intent to defraud, producing, trafficking in, having control and custody of, and possessing device-making equipment, in violation of 18 U.S.C. §§ 1029(a)(4) and 2 (Count Three);

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of the offenses charged in Counts One through Three of the Indictment;

WHEREAS, on or about April 10, 2008, pursuant to a plea agreement, the defendant pled guilty to Counts One through Three of the Indictment; and

WHEREAS, on or about July 25, 2008, the defendant was sentenced and ordered to forfeit $12,876.03 in United States Currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One through Three of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One through Three of the Indictment, for which the defendant pled guilty, a money judgment in the amount of $12,876.03 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant at the time of sentencing and shall be made part

of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

    3.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

    4.   All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "Department of Treasury," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    5.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July 3/, 2008

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

4